AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| CLEOPATRA RECORDS, INC., a California corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>JOSEPH A. ONDRIS, an individual; HT AUDIO LLC, a Florida limited liability company; and DOE 1 through DOE 20, inclusive,<br><br>*Defendant(s)* | Civil Action No. 2:16-cv-06699-PA (FFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSEPH A. ONDRIS
712 St. Matthews Circle, Alamonte Springs, FL 32714

HT AUDIO LLC c/o BARRETT, RL
200 Sheppard St., Alamonte Springs, FL 32701


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bridget B. Hirsch, 7435 N. Figueroa St., No. 412422, Los Angeles, CA 90041
Evan S. Cohen, 1180 South Beverly Drive. Suite 510, Los Angeles, CA 90035-1157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/06/2016

/s/ E. Liberato

*Signature of Clerk or Deputy Clerk*